United States District Court
For the Northern District of California

1
2
3
4
5
6
7                IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES ,                          No. C-09-01113 JSW  (EDL)

11            Plaintiff,                       **ORDER GRANTING IN PART AND
                                               DENYING IN PART WITHOUT
12      v.                                     PREJUDICE DEFENDANT'S REQUEST
                                               FOR PAYMENT OF COSTS FOR
13   NEFRITITI LUV,                            TRAVEL TO ATTEND COURT**

14            Defendant.

15   _____/

16          On January 14, 2010, Defendant requested an Order Authorizing Payment of Costs for

17   Defendant's Travel to Attend Court, seeking payment pursuant to 18 U.S.C. § 4285 of one-way

18   transportation costs from Phoenix, Arizona to San Francisco for a court appearance, and subsistence

19   expenses of $71.00.  Defendant's request is granted in part and denied in part.

20          Pursuant to 18 U.S.C. § 4285:

21          Any judge or magistrate judge of the United States, when ordering a person released
            under chapter 207 on a condition of his subsequent appearance before that court, any
22          division of that court, or any court of the United States in another judicial district in
            which criminal proceedings are pending, may, when the interests of justice would be
23          served thereby and the United States judge or magistrate judge is satisfied, after
            appropriate inquiry, that the defendant is financially unable to provide the necessary
24          transportation to appear before the required court on his own, direct the United States
            marshal to arrange for that person's means of noncustodial transportation or furnish
25          the fare for such transportation to the place where his appearance is required, and in
            addition may direct the United States marshal to furnish that person with an amount
26          of money for subsistence expenses to his destination, not to exceed the amount
            authorized as a per diem allowance for travel under section 5702(a) of title 5, United
27          States Code. When so ordered, such expenses shall be paid by the marshal out of
            funds authorized by the Attorney General for such expenses.
28

     The Court has appointed counsel for Defendant pursuant to the Criminal Justice Act and is satisfied

     that she is financially unable to pay for the costs of her non-custodial travel to the Northern District

**United States District Court**
For the Northern District of California

1   of California for the purposes of attending court proceedings.

2   Defendant's request for the United States Marshal to arrange and pay for Defendant's non-

3   custodial transportation to San Francisco is granted.  The U.S. Marshal shall furnish Defendant with

4   the airfare and ticketing necessary to travel from the Phoenix Sky Harbor Airport in Phoenix,

5   Arizona to San Francisco International Airport on the morning of January 21, 2010 in time to make a

6   2:30 p.m. court appearance on that day before the Honorable Jeffrey S. White in criminal case no.

7   09-1113 JSW in San Francisco.

8   Defendant's request for $71.00 in subsistence expenses while she is in San Francisco

9   pursuant to § 4285 is denied at this time.  Section 4285 only expressly authorizes "subsistence

10  expenses *to* his destination," not *at* her destination.  See 18 U.S.C. § 4285 (emphasis added).  The

11  authority found by the Court interprets this statutory language and the legislative history to provide

12  no authority to order subsistence expenses once the destination has been reached.  See United States

13  v. Gundersen, 978 F.2d 580, 584 (10th Cir. 1992) (Section 4285 only authorizes payment of

14  subsistence expenses during period of travel); United States v. Sandoval, 812 F. Supp.1156, 1157

15  (D. Kan.1993) (citing the broad language of the statute and legislative history that: "If it is necessary

16  to provide subsistence expenses by the court it shall be provided only for the time during which the

17  defendant is actually traveling.  Subsistence shall terminate upon arrival at the defendant's

18  destination and shall not continue throughout the defendant's stay at that destination."); United

19  States v. Nave, 733 F. Supp. 1002, 1002 (D. Md. 1990) (same).  If Defendant finds authority to the

20  contrary, she may provide it to the Court to consider.

21  **IT IS SO ORDERED.**
    Dated: January 14, 2010

22  *Elizabeth D. Laporte*
    ELIZABETH D. LAPORTE
23  United States Magistrate Judge

24

25

26

27

28

2