| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | ELIZABETH M. FALK |
| | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
| | San Francisco, CA 94102 |
| 4 | Telephone: (415) 436-7700 |
| 5 | Counsel for Defendant NEFRITITI LUV |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-1113 JSW | |
| Plaintiff, | ) | | |
| v. | ) | MOTION TO WITHDRAW AS COUNSEL OF RECORD; MOTION FOR SETTING BEFORE THE DUTY MAGISTRATE JUDGE FOR APPOINTMENT OF SUBSTITUTE COUNSEL AND ORDER THEREON | |
| NEFRITITI LUV, | ) | | |
| Defendant. | ) | Date: October 14, 2010 Time: 2:30 p.m. Court: The Honorable Jeffrey S. White | |

Attorney Elizabeth M. Falk of the Office of the Federal Public Defender, hereby requests leave of Court to withdraw as counsel of record in the aforementioned case. The basis for the request is set forth in the Declaration of Elizabeth M. Falk, filed herewith under seal.

Counsel further requests that the Court set this matter for appointment of substitute counsel on October 14, 2010 at 9:30 a.m. before the duty magistrate. The purpose of the substitute appointment is to ensure Ms. Luv's continued representation at the Ninth Circuit Court of Appeals. The Notice of Appeal must be filed by October 20, 2010.

Ms. Luv resides in the Phoenix, Arizona area. Given that fact, as well as that the substitute appointment will be for the purpose of filing an appeal with the Ninth Circuit Court of Appeals, Ms. Luv requests that the Court waive her appearance at the substitution of counsel hearing. Undersigned counsel will take responsibility for ensuring that Ms. Luv has the contact information for her new attorney.

DATED: October 13, 2010

Respectfully submitted,

_____/S/_____

ELIZABETH M. FALK
Assistant Federal Public Defender

**[PROPOSED]** ORDER

Based on the representations contained in the Declaration of Elizabeth M. Falk, filed herewith under seal, it is the order of the court that attorney of record Elizabeth M. Falk and the Office of the Federal Public Defender shall be permitted to withdraw from representation of defendant Nefrititi Luv. This case shall be set for substitution of counsel on October 14, 2010 before the duty magistrate judge at 9:30 a.m. The appearance of defendant Nefrititi Luv is hereby WAIVED for appointment of substitution of counsel given the fact that she resides in Phoenix, Arizona and the appointment of substitute counsel is for the purpose of filing an appeal for the defendant at the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

DATED: October 13, 2010

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE